**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-00238-MSK-NYW

MICHAEL AKER,

Plaintiff,

v.

STONEBRIDGE HOSPITALITY ASSOCIATES, LLC,

Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Michael Aker and Defendant Stonebridge Hospitality Associates, LLC (collectively, "the Parties"), by and through their undersigned counsel, jointly stipulate to the dismissal of this action with prejudice, each Party to bear his or its own costs, except as otherwise expressly agreed by the Parties.

Respectfully submitted this 25th day of July, 2016.

s/ Charlotte N. Sweeney
Charlotte N. Sweeney
Ariel B. DeFazio
Sweeney & Bechtold LLC
650 S. Cherry St., Ste 650
Denver, Colorado 80246
cnsweeney@sweeneybechtold.com
abdefazio@sweeneybechtold.com
Telephone: (303) 865-3733

Attorneys for Plaintiff

s/ Gillian Dale
Gillian Dale
Lance G. Eberhart
Hall & Evans, LLC
1001 Seventeenth St., Ste. 300
Denver, CO 80202
daleg@hallevans.com
eberhartl@hallevans.com
Telephone: (303) 628-3300

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that on July 25, 2016, I served the foregoing to the individual listed below via CM/ECF:

Gillian Dale
daleg@hallevans.com

Lance G. Eberhart
eberhartl@hallevans.com

Attorneys for Defendant

s/Ashley Rodriguez
Ashley Rodriguez